**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TAHJ PINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:26-CV-113 |
| | § | |
| TDCJ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Tahj Pinson, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants TDCJ, Officer FNU Torries, and Lieutenant FNU Flores.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On April 15, 2026, the magistrate judge recommended dismissing Plaintiff's civil action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#8). No Objections to the Report and Recommendation have been filed to date.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct to the extent it recommends dismissal.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#8) is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the magistrate judge.

SIGNED at Beaumont, Texas, this 19th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE